Exhibit 3

# CONFIDENTIAL INFORMATION FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

Kristoffer Hexter
(Party name as displayed in case caption)

2018-20204
Docket/Case No.

Vs.

Sara Ashley Pickett
(Party name as displayed in case caption)

Lebanon
Court

This form is associated with the pleading titled Petition to Intervene, dated *august 2* 2021.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is **required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter**. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | References in Filing: |
|---|---|---|
| (full name of adult) OR This information pertains to a minor with the initials of R.H. and the full name of ▮▮▮▮ (full name of minor) and date of birth ▮▮▮▮ | Social Security Number (SSN): <br><br> Financial Account Number (FAN): <br><br> Driver License Number (DLN): <br><br> State of Issuance: <br><br> State Identification Number (SID): | Alternative Reference: SSN 1 <br><br> Alternative Reference: FAN 1 <br><br> Alternative Reference: DLN 1 <br><br><br> Alternative Reference: SID 1 |
| (full name of adult) OR This information pertains to a minor with the initials of A.P. and the full name of ▮▮▮▮ (full name of minor) and date of birth: ▮▮▮▮ | Social Security Number (SSN): <br><br> Financial Account Number (FAN): <br><br> Driver License Number (DLN): <br><br> State of Issuance: <br><br> State Identification Number (SID): | Alternative Reference: SSN 2 <br><br> Alternative Reference: FAN 2 <br><br> Alternative Reference: DLN 2 <br><br><br> Alternative Reference: SID 2 |

Rev. 7/2018          **THIS FORM IS CONFIDENTIAL**

**CONFIDENTIAL
INFORMATION
FORM**



Additional page(s) attached. _____ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_____
Signature of Attorney or Unrepresented Party

_____8/2/202(___
Date

Name: Joshua Harshberger

Attorney Number: (if applicable) 319814

Address: 8150 Derry Street

Telephone: (717) 315-6997

Harrisburg, PA 17111

Email: jh@harshbergerlaw.com

*NOTE:* Parties and attorney of record in a case will have access to this Confidential Information
Form. Confidentiality of this information must be maintained.

**THIS FORM IS CONFIDENTIAL**

IN THE COURT OF COMMON PLEAS
LEBANON COUNTY, PENNSYLVANIA

CIVIL DIVISION

Kristoffer Hexter                         :
_____        :
                    Plaintiff      :
                                   :
          VS.                      :
Sara Ashley Pickett                :     NO.  2018-20204
_____        :
                    Defendant

PRAECIPE FOR HEARING

TO THE PROTHONOTARY:

Please transmit the accompanying  Petition to Intervene _____
                                      (List Motion or Petition)
to the Court for a hearing pursuant to Leb.R.C.P. 205.5.

        Length of Anticipated Hearing:  1 Hour _____

        Judge Previously assigned to this matter:  J. Kline _____

The names and addresses of all opposing counsel/pro se litigants are as
follows:  Rich Raiders, 1150 Chestnut Street, Lebanon, PA 17042 _____
_____
_____
_____

                         By: _____
                         Name Joshua Harshberger, Esquire
                         I.D. #  319814 _____
                         Address:  8150 Derry Street, Harrisburg, PA 17111
                         Phone #  717-315-6997 _____
                         Attorney for  Plaintiff _____

KRISTOFFER HEXTER,    : IN THE COURT OF COMMON PLEAS
     Plaintiff    : LEBANON COUNTY, PENNSYLVANIA
             :
    vs.       : No.: 2018-20204
             :
SARA ASHLEY PICKETT,   : CIVIL ACTION – LAW IN CUSTODY
     Defendant   :

## ORDER OF COURT

   AND NOW, to wit, this _____ day of _____, 2021, upon review of the

Petition to Intervene, IT IS HEREBY ORDERED AND DECREED that a hearing in this matter

is scheduled on the _____ day _____, 2021 at _____ o'clock before the

undersigned Judge, in Courtroom No. _____, Lebanon County Courthouse, 400 South

Eighth Street, Lebanon, Pennsylvania. The parties proposed Intervenor and counsel are directed

to appear at this time.

        BY THE COURT:


          _____, J.

Attest:

_____
Prothonotary

cc:



**Distribution:**

Joshua Harshberger, Esq., 8150 Derry Street, Suite A, Harrisburg, PA 17111
Rich Raiders, Esq., 1150 Chestnut Street, Lebanon, PA 17042

KRISTOFFER HEXTER,                    : IN THE COURT OF COMMON PLEAS
              Plaintiff        : LEBANON COUNTY, PENNSYLVANIA
                         :
          vs.                  : No.: 2018-20204
                         :
SARA ASHLEY PICKETT,                  : CIVIL ACTION – LAW IN CUSTODY
              Defendant      :

## ORDER OF COURT

AND NOW, this _____ day of _____, 2021, IT IS HEREBY

ORDERED AND DECREED as follows:

    1.    Petitioner, Bruce Hexter is hereby granted leave to intervene in the above-captioned matter.

    2.    The Prothonotary is directed to amend the caption in this action to read as follows:

KRISTOFFER HEXTER,                    : IN THE COURT OF COMMON PLEAS
              Plaintiff        : LEBANON COUNTY, PENNSYLVANIA
                         :
          vs.                  : No.: 2018-20204
                         :
SARA ASHLEY PICKETT,                  : CIVIL ACTION – LAW IN CUSTODY
              Defendant      :
                         :
         vs.                  :
                         :
BRUCE HEXTER,                         :
              Intervenor     :

                              BY THE COURT:


                              _____
                              JUDGE

## Distribution:

Joshua Harshberger, Esq., 8150 Derry Street, Suite A, Harrisburg, PA 17111
Rich Raiders, Esq., 1150 Chestnut Street, Lebanon, PA 17042

Joshua Harshberger, Esquire
Jacobson, Julius & Harshberger
Supreme Court ID: 319814
8150 Derry St, Ste A
Harrisburg, PA 17111
Ph: 717-909-5858 Fax: 717-909-7788
Email: jh@harshbergerlaw.com

| | |
|---|---|
| KRISTOFFER HEXTER,<br>Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>: |

## PETITION TO INTERVENE

AND NOW, comes, Bruce Hexter, Proposed Intervenor, (hereinafter "Petitioner") by and through his counsel, Joshua Harshberger of Jacobson, Julius & Harshberger, and files the within Petition to Intervene, and in support thereof avers as follows:

1.    Petitioner is Bruce Hexter, an adult individual residing at 1472 Bramblewood Court, Pottstown, PA 19464.

2.    Plaintiff/Respondent is Kristoffer Hexter, who is the Father of the minor children and who resides at 212 E Hazel Street, Jonestown, PA 17038.

3.    Defendant/Respondent is Sara Ashley Pickett, who is the Mother of the minor children and who resides at 167 Coventry at Waterford, York, PA 17402.

4.    Plaintiff and Defendant are the parents of the minor children:

Child's Name:                      Child's Date of Birth:

R.H.

A.P.

5.    Petitioner is the paternal grandfather of the minor children.

6.    The current custody Order in this case is attached hereto as Exhibit A.

7.    Petitioner seeks to intervene in this custody matter for the following reasons:

       a.     Petitioner is the paternal grandfather of the children and has developed a strong bond with the children over the years.

       b.     Petitioner has enjoyed monthly visits with the children over the years.

       c.     Petitioner fears that once the Father is unable to exercise custody of the children the children will be prevented from continuing contact with Petitioner.

       d.     Petitioner desires to maintain the loving bond he has established with his grandchildren and unfortunately will need the assistance of a court order to continue the relationship.

8.     Petitioner has legal standing in this matter pursuant to 23 Pa. C.S.A. §5325(2).

       a.     Petitioner's relationship with the child began with the consent of the children's biological Father. The parents of the children have commenced a proceeding for custody and it is believed that the Mother of the children does not agree with the Father of the children that the grandfather should have periods of custody.

9.     Plaintiff in this action consents to Petitioner's intervention.

10.     Petitioner believes that it is in the best interest of the minor children that Petitioner is permitted to intervene in this matter.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant his Petition to Intervene.

Respectfully submitted,

Date: _8/27 2021_

Joshua Harshberger, Esquire
8150 Derry Street, Ste A
Harrisburg, PA 17111
Phone: 717-315-6997
Email: jh@harshbergerlaw.com
Attorney for Petitioner

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
PENNSYLVANIA

CIVIL ACTION - FAMILY

SARA A. PICKETT            :   No. 2018-20204
                           :
        v.                 :
                           :
KRISTOFFER HEXTER          :   Custody Trial

### O R D E R

AND NOW, to wit, January 23, 2019, the agreement the
parties have reached is that the December 7, 2018, Order will be
made a permanent Order.  The parties will have shared legal
custody of the two children.  Father shall have primary physical
custody of the children and Mother shall have periods of partial
custody from Tuesday at 5 p.m. until Friday at 5 p.m., and then
Father has Friday at 5 p.m. until the following Tuesday at 5
p.m.  The parties are to notify each other with regards to
doctor's appointments, dental appointments and all other
appointments of the children.

With respect to holidays, Mother will have Easter of
2019.  Thereafter, the parties will alternate holidays.  Those
holidays include: Easter, Memorial Day, Independence Day,
Thanksgiving and New Year's Day.  The holiday time will start
at 6 p.m. the day before the holiday and go until 7 p.m. the day
of the holiday.  In even number years, Mother gets the
alternating three and Father gets the other three, and then in



odd years the holiday schedule will switch. For Christmas, the
holiday will be divided up with one parent having the children
on December 24th at 2:00 p.m. until December 25th at 2:00 p.m. and
then the other parent gets the children on December 25th at 2:00
p.m. until December 26th at 2:00 p.m. This holiday schedule
will alternate thereafter.

The parties are entitled to 2 nonconsecutive weeks of
vacation. Although if a trip is planned that exceeds 7 days,
that shall be viewed by the other party as reasonable unless
there is some serious concern as to that matter. The parties
shall give each either at least 30 days advanced notice.

The parties are directed not to speak poorly about the
other parent when the children are in their presence. They
should do whatever is possible to uplift the other parent and
not say disparaging remarks about the other parent.

The parties will be sharing transportation.
They together will be coming up between them a halfway
point to meet. Assuming both parties reside in Lebanon County,
transportation shall be shared equally.

In the event either party sends an e-mail notice
concerning custody time or scheduling, the other party shall
respond no later than 24 hours from that time or the e-mail
shall be presumed to be accepted. In the event of an emergency,

2

the party shall immediately text the other party and explain the nature of the emergency and when the latest they will be able to come.

Both parties shall keep each other apprised of their most current phone number and e-mail address, and there shall no blocking. In the event either party feels an e-mail is inappropriate or unwarranted, they may petition the Court for Contempt proceeding.

Both parties agree that the children shall be evaluated for necessary therapy and follow-through.

Both parents agree to not exercise physical discipline with the children.

Mother agrees to take the children as primary custodian from March 23 to March 30 or as needed through the birth of Father's new baby.

BY THE COURT:

_____ , J.
SAMUEL A. KLINE

cc: Donna Brightbill, Esquire
    Sara Pickett//995 Powell's Valley Road, Halifax, PA 17032

mlb

3

## **VERIFICATION**

I, Bruce Hexter, being duly authorized to make this verification, do hereby verify

that the facts stated in the foregoing document are true and correct to the best of my

knowledge, information, and belief. I understand that false statements herein are made

subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to

authorities.


Date: 7- 30 - 2021                    By: _____
                                            Bruce Hexter

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Jacobson, Julius & Harshberger

Signature: _____

Name: Joshua Harshberger_____

Attorney No.: 319814_____

Joshua Harshberger, Esquire
Jacobson, Julius & Harshberger
Supreme Court ID: 319814
8150 Derry St, Ste A
Harrisburg, PA 17111
Ph: 717-909-5858 Fax: 717-909-7788
Email: jh@harshbergerlaw.com

| | |
|---|---|
| KRISTOFFER HEXTER,<br>            Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>            Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>: |

## CERTIFICATE OF SERVICE

I, Joshua Harshberger, do hereby certify that a copy of the **Petition to Intervene** was this

day served upon the opposing party in the manner indicated below:

FIRST CLASS MAIL & EMAIL

Rich Raiders, Esquire
1150 Chestnut Street
Lebanon, PA 17042
*Attorney for Defendant*
rich@raiderslaw.com

DATED: _8/2/2021_                   _____
                                                Joshua Harshberger