# Exhibit 6

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
PENNSYLVANIA

ENTERED & FILED
PROTHONOTARY OFFICE
LEBANON, PA

2021 SEP 13 P 3: 28

CIVIL ACTION – FAMILY DIVISION

| | | |
|---|---|---|
| KRISTOFFER HEXTER | : | NO. 2018-20204 |
| | : | |
| V | : | |
| | : | |
| SARA ASHLEY PICKETT | : | PETITIONS FOR CONTEMPT, PETITION TO INTERVENE, MOTION TO TRANSFER VENUE PRELIMINARY OBJECTIONS |

ORDER

AND NOW, To wit, this **10th** day of **September, 2021,** after hearing and the Father's acknowledgement that he will now use a Pottstown, Montgomery County, legal address for all legal purposes in the future and likely to reside with his father who is a resident of Montgomery County, and it appearing to the Court that Mother has been a resident of York County for over one year and is the primary custodian of the minor child, and it appearing to the Court that there are pending issues concerning Custody, cross Contempt Petitions, Petitions for Standing by Grandfather, the appropriate Court to hear all of these matters and the Court that will have jurisdiction is the Court where the child primarily resides since neither Father nor Mother have given a legal residence of Lebanon County.

ACCORDINGLY, jurisdiction of this matter, including Petitions for Standings by Grandfather, cross Petitions for Contempt, Petitions for Modification of Custody filed by Mother or Father are transferred to the Court in York County. Jurisdiction and all matters concerning this case are relinquished to the Court of Common Pleas of York County and the Prothonotary of Lebanon County is directed to transfer the record, including this

Order, to the Court of Competent Jurisdiction in York County. The Court differs to York County Court concerning scheduling any of the pending proceedings.

BY THE COURT:

_____ J.
SAMUEL A. KLINE

SAK/tsh

Copy: Joshua Harshberger, Esquire
Richard Raiders, Esquire
York County Prothonotary
Lebanon County Prothonotary

PURSUANT TO RULE 236
You are hereby notified
that this order has been
entered in this case