# Exhibit 7

IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

SARA PICKETT                          :   No. 2021-FC-001007-03
                                      :
VS                                    :
                                      :
KRISTOFFER HEXTER                     :
                                      :
&                                     :
                                      :
BRUCE HEXTER                          :
                                      :   (CUSTODY TRIAL)

RECEIVED YORK COUNTY PROTHONOTARY 2022 JUN -3 PM 12: 05 JUDICIAL CENTER YORK PA

York, Pa., Thursday, June 2, 2022

Before the Honorable N. CHRISTOPHER MENGES, Judge

APPEARANCES:

    JOSHUA A. SCOTT HARSHBERGER, Esquire
    For the Defendant and Intervenor

\* \* \*

O R D E R

14:49:12  22    In this matter the Court has taken
14:49:13  23  testimony part of two days over a two or three month
14:49:19  24  period.  It is the final Order in this matter as
14:49:22  25  follows:  The temporary Order of April 7, 2022 in this

1

| | | |
|---|---|---|
| 14:49:28 | 1 | matter is confirmed in full except with a couple of |
| 14:49:33 | 2 | small changes. Those small changes are as follows: |
| 14:49:41 | 3 | Pop Pop, Bruce Hexter's Saturday times will be the |
| 14:49:49 | 4 | second and fourth Saturdays of each month. An |
| 14:49:57 | 5 | additional change is that the three times per month for |
| 14:50:00 | 6 | Pop Pop to have phone or video or equivalent will be |
| 14:50:06 | 7 | Monday at 6:00 p.m. on the first Monday of each month, |
| 14:50:10 | 8 | the third Monday of each month, and the fifth Monday of |
| 14:50:15 | 9 | each month if there is a fifth Monday. |
| 14:50:18 | 10 | Mother, father, and Pop Pop, |
| 14:50:22 | 11 | grandfather, will have their communications through |
| 14:50:25 | 12 | OurFamilyWizard. Grandfather, Bruce Hexter, will |
| 14:50:30 | 13 | within ten days of this Order sign up and pay for the |
| 14:50:34 | 14 | annual fee for OurFamilyWizard and provide the |
| 14:50:38 | 15 | information to father if he can do that through the |
| 14:50:41 | 16 | prison, if he can't, that's okay, and will provide the |
| 14:50:44 | 17 | log in information for mother who will promptly join |
| 14:50:48 | 18 | OurFamilyWizard. All communications relative to these |
| 14:50:54 | 19 | children will be through OurFamilyWizard. |
| 14:50:59 | 20 | Additionally, mother will give to both |
| 14:51:01 | 21 | father and Pop Pop the portal communication, and if |
| 14:51:05 | 22 | necessary, the password so that they may go to the |
| 14:51:09 | 23 | school portal to receive information, records, and so |
| 14:51:12 | 24 | forth from the childrens school. Father may exercise |
| 14:51:22 | 25 | his time of talking with Riley only by calling Riley |

2

| | | |
|---|---|---|
| 14:51:35 | 1 | when Riley is with Pop Pop.  Father will continue to |
| 14:51:39 | 2 | have no contact with Aubrey.  Mother will cause an |
| 14:51:48 | 3 | intake to have taken place for a therapist for Aubrey |
| 14:51:53 | 4 | and/or the family by August 1, 2022. |
| 14:52:05 | 5 | Finally, we schedule a follow up hearing |
| 14:52:11 | 6 | with a date and time to be set forth in just a moment |
| 14:52:14 | 7 | as soon as we look at our calendars.  The purpose of |
| 14:52:18 | 8 | that follow up hearing will be to see how visits are |
| 14:52:22 | 9 | going, how telephone contact is going, and to confirm |
| 14:52:25 | 10 | that a initial intake with a therapist has taken place |
| 14:52:30 | 11 | as ordered in this Court Order today.  If either father |
| 14:52:36 | 12 | or grandfather believe mother has not obeyed the Court |
| 14:52:41 | 13 | Order, either of their counsel may file a petition for |
| 14:52:47 | 14 | contempt, and if the petition is so filed that contempt |
| 14:52:51 | 15 | will be heard at that follow up hearing. |
| 14:52:55 | 16 | The Court wants to make it clear this is |
| 14:52:59 | 17 | a follow up hearing only to ensure things are going |
| 14:53:01 | 18 | well and that this Order is a final Order. |
| 14:53:05 | 19 | Nevertheless, the Court does want to make it very clear |
| 14:53:10 | 20 | to mother that if there is any more games playing by |
| 14:53:17 | 21 | mother on telephone contact or visits, the Court may at |
| 14:53:23 | 22 | the follow up hearing give either father and/or |
| 14:53:28 | 23 | grandfather expanded rights. |
| 14:53:30 | 24 | The aforesaid follow up hearing will be |
| 14:54:01 | 25 | on September 6, 2022 at 10:00 a.m. in Courtroom 6005. |

3

| | | |
|---|---|---|
| 14:54:08 | 1 | Grandfather, his counsel, and mother will be in person. |
| 14:54:14 | 2 | Father may be by Zoom. Any other witnesses may be by |
| 14:54:18 | 3 | Zoom. If things are going well, a written stipulation |
| 14:54:27 | 4 | from all parties would do in lieu of actual appearance, |
| 14:54:32 | 5 | but if that does not happen, the follow up hearing will |
| 14:54:36 | 6 | take place at the date and time aforesaid and everyone |
| 14:54:41 | 7 | will be present as just indicated. |
| 14:54:47 | 8 | Copy to Attorney Harshberger. Copy to |
| 14:54:50 | 9 | mother, Sara Pickett, at 278 Coventry at Waterford |
| 14:54:59 | 10 | York, PA 17402. |
| 14:55:03 | 11 | |

BY THE COURT:

_____
N. CHRISTOPHER MENGES, Judge

EMR
6-2-2022

4