# Exhibit 9

IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

SARA PICKETT                         :    No. 2021-FC-001007-03
                                     :
                                     :
    VS                               :
                                     :
                                     :
KIRSTOFFER HEXTER and                :    Status and Contempt
BRUCE HEXTER                         :    Hearing

York, PA, Tuesday, May 9, 2023
Before the Honorable N. Christopher Menges, Judge

APPEARANCES:

    NO COUNSEL PRESENT, Esquire
    For the Plaintiff

    BRANDY G. HOKE, Esquire
    For the Defendant

\* \* \*

## O R D E R

10:55:59 19    In this matter, the Court has before it
10:56:02 20  a petition for contempt. Additionally, there was to be
10:56:08 21  a follow-up hearing scheduled last year, and an appeal
10:56:17 22  to the Superior Court sort of derailed that, but the
10:56:21 23  Court did mention in a prior Order that the Court might
10:56:27 24  consider giving Grandfather more rights.
10:56:34 25    In any event, the Court Order is as

1

follows:

1. Mother, Sara Pickett, is found in contempt for not having the children have phone contact with Grandfather regularly as set forth in the Order.

2. Mother is found in contempt for not providing medical, educational, and other records for the children to the Grandfather.

3. Mother is found in contempt for not paying Grandfather the reimbursement of $150 for half of the OurFamilyWizard.

4. Mother is found in contempt for not participating in OurFamilyWizard in a meaningful way.

5. The sanctions for these four grounds of contempt are as follows:

A. Pursuant to 23 Pa.C.S. 5325(g), the Court will not alter the parties' custodial arrangement at this time as was dictated in court. Any change to the parties' legal and physical custody will be considered after the filing of a proper petition.

B. Since Grandfather has not had sufficient phone contact with the two children, he gets make-up time for that and that make-up time will consist of a Saturday from 9 A.M. until 7 P.M. as an

```
10:58:42  1
10:58:42  2
10:58:42  3   extra Saturday of partial custody, which will be on the
10:58:46  4   third Saturday of June, that being June 17, 2023. To
10:58:54  5   be clear, Grandfather already is to have the second
10:59:01  6   Saturday, that being June 10th, and the 4th Saturday,
10:59:04  7   that being June 24th, per the prior operative Order,
10:59:08  8   but in addition to that, he will have the third
10:59:12  9   Saturday of June, that being June 17, 2023, again, from
10:59:20 10   9 A.M. to 7 P.M.
10:59:45 11              C.  Because Mother has not provided
10:59:50 12   sufficient contact with Grandfather as per the
10:59:54 13   operative Order within 20 days of today, Mother will
11:00:00 14   buy at her own expense, a cell phone for the children
11:00:05 15   which shall be their cell phone, and they shall be in
11:00:09 16   possession of said cell phone.
11:00:11 17              The cell phone, of course, is not to be
11:00:14 18   a smart phone that will enable the children to get on
11:00:18 19   the internet or any of those sorts of things, but will
11:00:21 20   be a cell phone sufficient that they may call
11:00:24 21   Grandfather whenever they wish and that Grandfather may
11:00:28 22   call them as set forth already in the operative Orders.
11:00:35 23              Mother will continue to pay the monthly
11:00:38 24   fee for that cell phone, and mother will not take that
11:00:41 25   cell phone away from the children under any
```

```
11:00:41   1
11:00:41   2
11:00:43   3   circumstances.
11:00:45   4              D.  All other provisions set forth in
11:00:54   5   prior Orders, including, but not limited to, the Order
11:00:57   6   of April 7, 2022, and the Order of June 2, 2022, and
11:01:03   7   the Order of September 6, 2022, remain in full force
11:01:08   8   and effect and Mother is to obey those.
11:01:18   9              Specifically, Mother, at the very least,
11:01:20  10   is supposed to also provide Grandfather with school
11:01:25  11   portals, passwords, etc., so that he may get the
11:01:32  12   children's school information.  That is in addition to
11:01:36  13   and not instead of all the provisions set forth.
11:01:40  14              E.  Mother will within 120 days of today
11:01:54  15   reimburse Grandfather the sum of $750 in attorney's
11:01:58  16   fees.
11:02:02  17              F.  In the event that Mother does not
11:02:10  18   comply with any of these additional provisions and/or
11:02:18  19   Mother does not comply with prior Orders in this
11:02:25  20   matter, and upon a petition for contempt being
11:02:28  21   presented in this Court, the Court warns Mother that if
11:02:33  22   she might be found in contempt in the future, then
11:02:37  23   incarceration would be very likely.  And that
11:02:41  24   incarceration could be immediate, meaning that if there
11:02:45  25   is a future contempt hearing and Mother is found in
```

```
11:02:49  1
11:02:49  2
11:02:50  3    contempt at that hearing, Mother may be taken directly
11:02:53  4    to jail from the hearing, and Mother is warned of that.
11:02:57  5            The Court is saddened that Mother
11:03:04  6    doesn't seem to have a proper respect for Court Orders
11:03:12  7    and for the Court in general, and implores and Orders
11:03:16  8    Mother to comply with all Orders of Court in this
11:03:20  9    matter as set forth herein and in prior orders.
11:03:27  10           Copy to Attorney Harshberger.  Copy to
11:03:40  11   Father, Kristoffer Hexter, 1200 Mokychic Drive,
11:05:06  12   Collegeville, Pennsylvania 19426, Inmate #QL4504.  Copy
11:05:07  13   to Mother, Sara Pickett, 2159 White Street, Suite 3,
11:05:20  14   Box 142, York, PA 17404.
```

BY THE COURT:

N. CHRISTOPHER MENGES,
Judge

bjr - DELIVERY DATE

5