IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAY 14 2024
PER _L3c_
DEPUTY CLERK

SARA PICKETT,
    Plaintiff
v.

NORTH CHRISTOPHER MENGES
JOSHUA HARSHBERGER
BRUCE HEXTER
KRISTOFFER HEXTER,
    Defendants

Case No. 1:24-cv-537

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I have served the attached document(s) to the persons on the date(s) and in the manner(s) stated below:

Michelle A. Henry
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391

CERTIFIED MAIL

5/10/24
Date

Sara Pickett

Civil Action No.: 1:24-CV-00537-DFB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Bruce Hexter__

was received by me on (date) __13 April 2024__.

☒ I personally served the summons on the individual at (place) __1000 Town Center Dr, York, PA 17408__ on (date) __13 April 2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

__15 April 2024__
Date

Server's Signature

__John Z Stahl__
Printed name and title

__PO Box 361, Pine Grove, PA 17963__
Server's Address

Additional information regarding attempted service, etc:

```
U.S. POSTAGE PAID
FCM LG ENV
PINE GROVE, PA 17963
MAY 10, 2024
$1.63
R2304H108057-05
```

Sara Pickett
PO Box #361
Pine Grove, PA 17963

Sylvia H. Rambo United States Courthouse
1501 N 6th St
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
MAY 14 2024
PER _____ DEPUTY CLERK