IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sara Pickett : | |
| : | |
| *Plaintiff* : | |
| : | No. 24-cv-00537 |
| v. : | |
| : | |
| North Christopher Menges, Judge : | |
| of the Court of Common Pleas of : | |
| York County, Pennsylvania, et al. : | Hon. Daryl F. Bloom |
| : | |
| *Defendants* : | |

## **Entry of Appearance**

**To the Clerk:**

Please enter my appearance on behalf of Defendant the Honorable North Christopher Menges in this matter.

Respectfully Submitted,

**s/Michael Daley**
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA 77212
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sara Pickett | : | |
| | : | |
| *Plaintiff* | : | |
| | : | No. 24-cv-00537 |
| v. | : | |
| | : | |
| North Christopher Menges, Judge | : | |
| of the Court of Common Pleas of | : | |
| York County, Pennsylvania, et al. | : | Hon. Daryl F. Bloom |
| | : | |
| *Defendants* | : | |

## Certificate of Service

The undersigned certifies that on *June 13, 2024*, he caused the foregoing *Entry of Appearance* to be served via ECF on counsel of record and on the following via U.S. first class mail:

> Sara Pickett
> P.O. Box 361
> Pine Grove, PA 17963

> **s/Michael Daley**
> MICHAEL DALEY, ESQUIRE
> Attorney I.D. PA 77212
> Administrative Office of PA Courts
> 1515 Market Street, Suite 1414
> Philadelphia, PA 19102
> legaldepartment@pacourts.us
> (215) 560-6326, Fax: (215) 560-5486