# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sara Pickett | : | |
| | : | |
| *Plaintiff* | : | |
| | : | No. 24-cv-00537 |
| v. | : | |
| | : | |
| North Christopher Menges, Judge | : | |
| of the Court of Common Pleas of | : | |
| York County, Pennsylvania, et al. | : | Hon. Daryl F. Bloom |
| | : | |
| *Defendants* | : | |

## Defendant the Honorable North Christopher Menges' Motion to Dismiss the Complaint

Defendant the Honorable North Christopher Menges, through undersigned counsel, moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) on the following grounds that will be set forth more fully in Judge Menges' Brief:

1. Judge Menges has judicial immunity from Plaintiff's claims.

2. Plaintiff's claims are barred by *Younger* abstention.

3. The *Rooker-Feldman* doctrine bars Plaintiff's claims.

4. Plaintiff's state law claims are barred by sovereign immunity under 1 Pa.C.S. § 2310.

5. The Complaint fails to state a cognizable claim for relief.

6. Other defenses that may be raised in Judge Menges' Brief.

**WHEREFORE**, Defendant Judge Menges respectfully requests this Honorable Court to dismiss the claims against him with prejudice.

Respectfully Submitted,

<u>s/Michael Daley</u>
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA 77212
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

*Attorney for Defendant the Honorable North Christopher Menges*

## Certificate of Concurrence

Pursuant to Local Rule 7.1, the undersigned sought concurrence in this Motion. Plaintiff has not concurred.

<u>s/Michael Daley</u>
MICHAEL DALEY, ESQUIRE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sara Pickett : | |
| : | |
| *Plaintiff* : | |
| : | No. 24-cv-00537 |
| v. : | |
| : | |
| North Christopher Menges, Judge : | |
| of the Court of Common Pleas of : | |
| York County, Pennsylvania, et al. : | Hon. Daryl F. Bloom |
| : | |
| *Defendants* : | |

## Certificate of Service

The undersigned certifies that on *June 13, 2024*, he caused the foregoing *Motion to Dismiss* to be served via ECF on counsel of record and on the following via U.S. first class mail:

> Sara Pickett
> P.O. Box 361
> Pine Grove, PA 17963

> **s/ Michael Daley**
> MICHAEL DALEY, ESQUIRE
> Attorney I.D. No. PA 77212
> Administrative Office of PA Courts
> 1515 Market Street, Suite 1414
> Philadelphia, PA 19102
> legaldepartment@pacourts.us
> (215) 560-6326, Fax: (215) 560-5486