## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Sara Pickett                                       :
                                                   :
              *Plaintiff*                          :
                                                   :        No. 24-cv-00537
       v.                                          :
                                                   :
North Christopher Menges, Judge :
of the Court of Common Pleas of    :
York County, Pennsylvania, et al. :        Hon. Daryl F. Bloom
                                                   :
              *Defendant*                          :

## Order

**AND NOW,** this _____ day of _____ 2024, upon

consideration of Defendant the Honorable North Christopher Menges'

Motion to Dismiss the Complaint, and Plaintiff's response, it is hereby

**ORDERED** that the Motion is **GRANTED.**

The claims against Defendant the Honorable North Christopher

Menges are **DISMISSED** with prejudice.

BY THE COURT:

_____
                                                                    J.