IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

SARA PICKETT : No. 2021-FC-001007-03
:
VS :
:
KIRSTOFFER HEXTER and : Status and Contempt
BRUCE HEXTER : Hearing

York, PA, Tuesday, May 9, 2023.
Before the Honorable N. Christopher Menges, Judge

APPEARANCES:

NO COUNSEL PRESENT, Esquire
For the Plaintiff

BRANDY G. HOKE, Esquire
For the Defendant

\* \* \*

## ORDER

In this matter, the Court has before it a petition for contempt. Additionally, there was to be a follow-up hearing scheduled last year, and an appeal to the Superior Court sort of derailed that, but the Court did mention in a prior Order that the Court might consider giving Grandfather more rights.

In any event, the Court Order is as

1

follows:

1. Mother, Sara Pickett, is found in contempt for not having the children have phone contact with Grandfather regularly as set forth in the Order.

2. Mother is found in contempt for not providing medical, educational, and other records for the children to the Grandfather.

3. Mother is found in contempt for not paying Grandfather the reimbursement of $150 for half of the OurFamilyWizard.

4. Mother is found in contempt for not participating in OurFamilyWizard in a meaningful way.

5. The sanctions for these four grounds of contempt are as follows:

A. Pursuant to 23 Pa.C.S. 5325(g), the Court will not alter the parties' custodial arrangement at this time as was dictated in court. Any change to the parties' legal and physical custody will be considered after the filing of a proper petition.

B. Since Grandfather has not had sufficient phone contact with the two children, he gets make-up time for that and that make-up time will consist of a Saturday from 9 A.M. until 7 P.M. as an

extra Saturday of partial custody, which will be on the third Saturday of June, that being June 17, 2023. To be clear, Grandfather already is to have the second Saturday, that being June 10th, and the 4th Saturday, that being June 24th, per the prior operative Order, but in addition to that, he will have the third Saturday of June, that being June 17, 2023, again, from 9 A.M. to 7 P.M.

　　　　C.　Because Mother has not provided sufficient contact with Grandfather as per the operative Order within 20 days of today, Mother will buy at her own expense, a cell phone for the children which shall be their cell phone, and they shall be in possession of said cell phone.

　　　　The cell phone, of course, is not to be a smart phone that will enable the children to get on the internet or any of those sorts of things, but will be a cell phone sufficient that they may call Grandfather whenever they wish and that Grandfather may call them as set forth already in the operative Orders.

　　　　Mother will continue to pay the monthly fee for that cell phone, and mother will not take that cell phone away from the children under any

circumstances.

D. All other provisions set forth in prior Orders, including, but not limited to, the Order of April 7, 2022, and the Order of June 2, 2022, and the Order of September 6, 2022, remain in full force and effect and Mother is to obey those.

Specifically, Mother, at the very least, is supposed to also provide Grandfather with school portals, passwords, etc., so that he may get the children's school information. That is in addition to and not instead of all the provisions set forth.

E. Mother will within 120 days of today reimburse Grandfather the sum of $750 in attorney's fees.

F. In the event that Mother does not comply with any of these additional provisions and/or Mother does not comply with prior Orders in this matter, and upon a petition for contempt being presented in this Court, the Court warns Mother that if she might be found in contempt in the future, then incarceration would be very likely. And that incarceration could be immediate, meaning that if there is a future contempt hearing and Mother is found in

```
11:02:49   1
11:02:49   2
11:02:50   3   contempt at that hearing, Mother may be taken directly
11:02:53   4   to jail from the hearing, and Mother is warned of that.
11:02:57   5           The Court is saddened that Mother
11:03:04   6   doesn't seem to have a proper respect for Court Orders
11:03:12   7   and for the Court in general, and implores and orders
11:03:16   8   Mother to comply with all Orders of Court in this
11:03:20   9   matter as set forth herein and in prior orders.
11:03:27  10           Copy to Attorney Harshberger. Copy to
11:03:40  11   Father, Kristoffer Hexter, 1200 Mokychic Drive,
11:05:06  12   Collegeville, Pennsylvania 19426, Inmate #QL4504. Copy
11:05:07  13   to Mother, Sara Pickett, 2159 White Street, Suite 3,
11:05:20  14   Box 142, York, PA 17404.
```

                                                   BY THE COURT:

                                                   N. CHRISTOPHER MENGES,
                                                   Judge

bjr - DELIVERY DATE