Exhibit A

9:31 A.M.    Case 1:24-cv-00537-YK-DFB    Document 13-1    Filed 06/27/24    Page 2 of 5

Sealed Documents    Children's Fast Track

**Appeal Docket Sheet**                                    Superior Court of Pennsylvania

**Docket Number: 1111 MDA 2023**

Page 1 of 4

June 27, 2024

| CAPTION |
|---|

Sara Pickett
    Appellant

    v.

Kristoffer Hexter & Bruce Hexter

| CASE INFORMATION |
|---|

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Closed | | |
| Case Processing Status: | October 27, 2023 | Completed | |
| Journal Number: | | | |
| Case Category: | Domestic Relations | Case Type(s): | Custody/Visitation |
| | | | Civil Contempt |

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| SCHEDULED EVENT |
|---|

Next Event Type:                                    Next Event Due Date:

| COUNSEL INFORMATION |
|---|

**Appellant**     **Pickett, Sara**
Pro Se:            Yes
IFP Status:        No
   Pro Se:        Sara Pickett
   Address:       2159 White Street
                Suite 3
                Box #142
                York, PA 17404
   Phone No:      (717) 454-9566                    Fax No:

**Appellee**     **Hexter, Kristoffer & Bruce**
Pro Se:            No
IFP Status:        No
   Attorney:      Harshberger, Joshua Scott
   Address:       Jacobson Julius And Harshberger
                8150 Derry St Ste A
              Harrisburg, PA 17111-5260
   Phone No:      (717) 909-5858                    Fax No: (717) 909-7788

| FEE INFORMATION |
|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 08/04/2023 | Notice of Appeal | 69.00 | 08/29/2023 | 2023-SPR-M-000574 | 69.00 |

9:31 A.M.    Case 1:24-cv-00537-YK-DFB   Document 13-1   Filed 06/27/24   Page 3 of 5

| Sealed Documents | | Children's Fast Track |

**Appeal Docket Sheet**                                                                 **Superior Court of Pennsylvania**

**Docket Number:  1111 MDA 2023**

Page 2 of 4

June 27, 2024



## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | July 6, 2023 | Notice of Appeal Filed: | August 4, 2023 |
| Order Type: | Order Entered | | |
| Documents Received: | August 10, 2023 | | |

| | | | |
|---|---|---|---|
| Court Below: | York County Court of Common Pleas | | |
| County: | York | Division: | York County Civil Division |
| Judge: | Menges, N. Christopher | OTN: | |
| Docket Number: | 2021-FC-001007-03 | Judicial District: | 19 |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Original Record | August 21, 2023 | ERMS |
| Exhibit(s) | August 21, 2023 | ERMS |
| Trial Court Opinion | August 21, 2023 | ERMS |
| Original Record *SENSITIVE* | August 21, 2023 | ERMS |
| Testimony | August 21, 2023 | ERMS |

**Date of Remand of Record:**  October 27, 2023

## BRIEFING SCHEDULE

| **Appellant** | **Appellee** |
|---|---|
|  Pickett, Sara |  Hexter, Kristoffer & Bruce |
|  Brief |  Brief |
| Due: September 20, 2023       Filed: | |
| | |
|  Reproduced Record | |
| Due: September 20, 2023       Filed: | |

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **August 10, 2023** | Notice of Appeal Docketed | | |
| | | Appellant | Pickett, Sara |
| **August 10, 2023** | Docketing Statement Exited (Domestic Relations) | | |
| | | | Superior Court of Pennsylvania |
| **August 10, 2023** | Awaiting Supplemental Record | | |
| | | | Superior Court of Pennsylvania |
| **August 21, 2023** | Trial Court Record Received | | |
| | | | York County Civil Division |
| **August 21, 2023** | Exhibits | | |
| | | | York County Civil Division |
| **August 21, 2023** | Trial Court Opinion Received | | |
| | | | York County Civil Division |
| **August 21, 2023** | Sealed Trial Court Record Received - Sensitive Documents | | |
| | | | York County Civil Division |
| **August 21, 2023** | Transcripts of Testimony | | |
| | | | York County Civil Division |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

9:31 A.M.   Case 1:24-cv-00537-YK-DFB   Document 13-1   Filed 06/27/24   Page 4 of 5

Sealed Documents    Children's Fast Track

**Appeal Docket Sheet**                                                                 **Superior Court of Pennsylvania**

**Docket Number:  1111 MDA 2023**

Page 3 of 4

June 27, 2024



| **DOCKET ENTRY** | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **August 21, 2023** | Briefing Schedule Issued | | Superior Court of Pennsylvania |
| **August 23, 2023** | Docketing Statement Received (Domestic Relations) | Appellant | Pickett, Sara |
| **August 24, 2023** | Order - Rule to Show Cause | | Per Curiam |
| | Comment: This appeal has been taken from the order dated and entered July 6, 2023, that denied Appellant's motion to disqualify the trial court judge in this custody matter. In light of the fact that litigation continues in the trial court, it does not appear that the July 6th order is final or otherwise appealable. Thus, this appeal appears to have been taken from a non-appealable interlocutory order. See Krieg v. Krieg, 743 A.2d 509 (Pa. Super. 1999) (noting that denial of a pretrial motion to recuse is not an appealable interlocutory or collateral order); Pa. R.A.P. 341 (b)(1) (a final order is any order that disposes of all claims and all parties).<br>Accordingly, Appellant is directed to respond within ten (10) days, in writing and copying all parties involved on the reply, as to this Court's jurisdiction over the July 6, 2023 order. Failure to respond to this directive may result in dismissal or quashal of this appeal without further notice | | |
| **September 3, 2023** | Response to Rule to Show Cause | Appellant | Pickett, Sara |
| **September 15, 2023** | Quash Sua Sponte | | Per Curiam |
| | Comment: This appeal has been taken from the order dated and entered July 6, 2023, that denied Appellant's motion to disqualify the trial court judge in this custody matter.<br>A Rule to Show Cause Order was issued August 24, 2023, because it appeared that the July 6<br>th order was not final or otherwise appealable in light of the fact that custody related litigation continued in the trial court. See Krieg v. Krieg, 743 A.2d 509 (Pa. Super. 1999) (noting that denial of a pretrial motion to recuse is not an appealable interlocutory or collateral order); Pa. R.A.P. 341 (b)(1) (a final order is any order that disposes of all claims and all parties). Appellant responded on September 3, 2023, but the response is insufficient to establish this Court's jurisdiction.<br>Accordingly, the appeal at 1111 MDA 2023 is QUASHED. | | |
| **October 27, 2023** | Remitted to Lower Court or Agency | | Superior Court of Pennsylvania |
| **November 3, 2023** | Acknowledgement of Record Remittal | | York County Civil Division |

| **DISPOSITION INFORMATION** | |
|---|---|
| Final Disposition: | Yes |

Sealed Documents

**Appeal Docket Sheet**      **Superior Court of Pennsylvania**

**Docket Number:** 1111 MDA 2023

Page 4 of 4

June 27, 2024



## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | |
| Category: | Disposed Before Decision | Disposition Author: | Per Curiam |
| Disposition: | Quash Sua Sponte | Disposition Date: | September 15, 2023 |

Disposition Comment: This appeal has been taken from the order dated and entered July 6, 2023, that denied Appellant's motion to disqualify the trial court judge in this custody matter.
A Rule to Show Cause Order was issued August 24, 2023, because it appeared that the July 6
th order was not final or otherwise appealable in light
of the fact that custody related litigation continued in the trial court. See Krieg v. Krieg, 743 A.2d 509 (Pa. Super. 1999) (noting that denial of a pretrial motion to recuse is not an appealable interlocutory or collateral order); Pa. R.A.P. 341 (b)(1) (a final order is any order that disposes of all claims and all parties). Appellant responded on September 3, 2023, but the response is insufficient to establish this Court's jurisdiction.
Accordingly, the appeal at 1111 MDA 2023 is QUASHED.

Dispositional Filing:      Filing Author:
Filed Date: