# AFFIDAVIT OF SERVICE

| Case:<br>1:24-CV-00537 | Court:<br>United States District Court for the Middle District of Pennsylvania | County: | Job:<br>11042723 (24-212) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Sara Pickett | | Defendant / Respondent:<br>North Christopher Menges, et al | |
| Received by:<br>The Browning Group LLC | | For:<br>Sara Pickett | |
| To be served upon:<br>North Christopher Menges, as individual Judge-York County Court of Common Pleas | | | |

I, Kenneth Browning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** North Christopher Menges, as individual Judge-York County Court of Common Pleas, 45 North George Street, York, PA 17401
**Manner of Service:** Authorized, May 23, 2024, 1:48 pm EDT
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial (Received May 9, 2024 at 12:00pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 16, 2024, 3:51 pm EDT at 45 North George Street, York, PA 17401
Neither the Judge or his staff was in today. Also Clerk of Courts, Prothonotary's Office and Court Administration Office refused to take documents. We will return and attempt again.

2) Successful Attempt: May 23, 2024, 1:48 pm EDT at 45 North George Street, York, PA 17401 received by North Christopher Menges, as individual Judge-York County Court of Common Pleas. Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'7"; Hair: Brown; Other: Cooperative ;
Hand Delivered to Judges Office c/ o Abilgail Waldrop (Office Staffer)

_K— B_         05/29/2024
Kenneth Browning         Date

The Browning Group LLC
P.O. Box 6173
Harrisburg, PA 17112
1-800-939-2978

FILED
HARRISBURG, PA
JUN 27 2024
PER_____
DEPUTY CLERK