# AFFIDAVIT OF SERVICE

| Case:<br>1:24-CV-00537 | Court:<br>United States District Court for the Middle District of Pennsylvania | County: | Job:<br>11042697 (24-211) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Sara Pickett | | Defendant / Respondent:<br>North Christopher Menges, et al | |
| Received by:<br>The Browning Group LLC | | For:<br>Sara Pickett | |
| To be served upon:<br>Joshua Harchberger, Esq | | | |

I, Kenneth Browning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Dera Shade (Paralegal), 8150 Derry St Ste A, Harrisburg, Pa 17111
**Manner of Service:** Business, May 14, 2024, 1:35 pm EDT
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial (Received May 9, 2024 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 14, 2024, 1:35 pm EDT at 8150 Derry St Ste A, Harrisburg, Pa 17111 received by Dera Shade (Paralegal). Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Brown; Other: Cooperative ;

_____  05/29/2024
Kenneth Browning                  Date

The Browning Group LLC
P.O. Box 6173
Harrisburg, PA 17112
1-800-939-2978

FILED
HARRISBURG, PA
JUN 27 2024
PER _____ DEPUTY CLERK