IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

| | | |
|---|---|---|
| SARA PICKETT | : | No. 2021-FC-001007-03 |
| VS | : | |
| KRISTOFFER HEXTER | : | |
| & | : | |
| BRUCE HEXTER | : | |
| | | (CUSTODY TRIAL) |

RECEIVED
YORK COUNTY PROTHONOTARY
2022 JUN -3 PH 12: 05
JUDICIAL CENTER YORK.PA

York, Pa., Thursday, June 2, 2022

Before the Honorable N. CHRISTOPHER MENGES, Judge

APPEARANCES:

JOSHUA A. SCOTT HARSHBERGER, Esquire
For the Defendant and Intervenor

\*   \*   \*

O R D E R

14:49:12  22      In this matter the Court has taken

14:49:13  23   testimony part of two days over a two or three month

14:49:19  24   period.  It is the final Order in this matter as

14:49:22  25   follows:  The temporary Order of April 7, 2022 in this

1

Ex 4

14:49:28  1    matter is confirmed in full except with a couple of
14:49:33  2    small changes. Those small changes are as follows:
14:49:41  3    Pop Pop, Bruce Hexter's Saturday times will be the
14:49:49  4    second and fourth Saturdays of each month. An
14:49:57  5    additional change is that the three times per month for
14:50:00  6    Pop Pop to have phone or video or equivalent will be
14:50:06  7    Monday at 6:00 p.m. on the first Monday of each month,
14:50:10  8    the third Monday of each month, and the fifth Monday of
14:50:15  9    each month if there is a fifth Monday.
14:50:18  10                   Mother, father, and Pop Pop,
14:50:22  11   grandfather, will have their communications through
14:50:25  12   OurFamilyWizard. Grandfather, Bruce Hexter, will
14:50:30  13   within ten days of this Order sign up and pay for the
14:50:34  14   annual fee for OurFamilyWizard and provide the
14:50:38  15   information to father if he can do that through the
14:50:41  16   prison, if he can't, that's okay, and will provide the
14:50:44  17   log in information for mother who will promptly join
14:50:48  18   OurFamilyWizard. All communications relative to these
14:50:54  19   children will be through OurFamilyWizard.
14:50:59  20                   Additionally, mother will give to both
14:51:01  21   father and Pop Pop the portal communication, and if
14:51:05  22   necessary, the password so that they may go to the
14:51:09  23   school portal to receive information, records, and so
14:51:12  24   forth from the childrens school. Father may exercise
14:51:22  25   his time of talking with Riley only by calling Riley

| | | |
|---|---|---|
| 14:51:35 | 1 | when Riley is with Pop Pop.  Father will continue to |
| 14:51:39 | 2 | have no contact with Aubrey.  Mother will cause an |
| 14:51:48 | 3 | intake to have taken place for a therapist for Aubrey |
| 14:51:53 | 4 | and/or the family by August 1, 2022. |
| 14:52:05 | 5 | Finally, we schedule a follow up hearing |
| 14:52:11 | 6 | with a date and time to be set forth in just a moment |
| 14:52:14 | 7 | as soon as we look at our calendars.  The purpose of |
| 14:52:18 | 8 | that follow up hearing will be to see how visits are |
| 14:52:22 | 9 | going, how telephone contact is going, and to confirm |
| 14:52:25 | 10 | that a initial intake with a therapist has taken place |
| 14:52:30 | 11 | as ordered in this Court Order today.  If either father |
| 14:52:36 | 12 | or grandfather believe mother has not obeyed the Court |
| 14:52:41 | 13 | Order, either of their counsel may file a petition for |
| 14:52:47 | 14 | contempt, and if the petition is so filed that contempt |
| 14:52:51 | 15 | will be heard at that follow up hearing. |
| 14:52:55 | 16 | The Court wants to make it clear this is |
| 14:52:59 | 17 | a follow up hearing only to ensure things are going |
| 14:53:01 | 18 | well and that this Order is a final Order. |
| 14:53:05 | 19 | Nevertheless, the Court does want to make it very clear |
| 14:53:10 | 20 | to mother that if there is any more games playing by |
| 14:53:17 | 21 | mother on telephone contact or visits, the Court may at |
| 14:53:23 | 22 | the follow up hearing give either father and/or |
| 14:53:28 | 23 | grandfather expanded rights. |
| 14:53:30 | 24 | The aforesaid follow up hearing will be |
| 14:54:01 | 25 | on September 6, 2022 at 10:00 a.m. in Courtroom 6005. |

3

14:54:08  1  Grandfather, his counsel, and mother will be in person.

14:54:14  2  Father may be by Zoom.  Any other witnesses may be by

14:54:18  3  Zoom.  If things are going well, a written stipulation

14:54:27  4  from all parties would do in lieu of actual appearance,

14:54:32  5  but if that does not happen, the follow up hearing will

14:54:36  6  take place at the date and time aforesaid and everyone

14:54:41  7  will be present as just indicated.

14:54:47  8          Copy to Attorney Harshberger.  Copy to

14:54:50  9  mother, Sara Pickett, at 278 Coventry at Waterford

14:54:59  10  York, PA 17402.

14:55:03  11

                              BY THE COURT:



                              _____
                              N. CHRISTOPHER MENGES, Judge

EMR
6-2-2022