OFFICE OF PROTHONOTARY

2022 SEP -7 PM 2: 04

IN THE COURT OF COMMON PLEAS OF YORK COUNTY,
YORK, PA
PENNSYLVANIA


SARA PICKETT                    :    No. 2021-FC-001007-03
                                :
     VS                         :
                                :
KRISTOFFER HEXTER and           :
BRUCE HEXTER

                                (Custody Review Hearing)


               York, Pa., Tuesday, September 6, 2022

          Before the Honorable N. Christopher Menges, Judge



APPEARANCES:

          JOSHUA A. SCOTT HARSHBERGER, Esquire
          For the Defendant

                         *   *   *

                       O R D E R

21             In this matter the Court has held a

22   review hearing.  The result of that, the following is

23   the Court's Order:

24                  1.  The Court Order of June 2, 2022, is

25

                              1    —    Ex 5

1

2

3    ratified and confirmed.

4         2.  The Court Orders that mother will

5    post all information relative to these children on the

6    Our Family Wizard that the grandfather has set up.

7    This includes, but is not limited to, all children's

8    activities, school or otherwise, parent/teacher

9    conferences, medical and dental and other appointments,

10   incidents and things that happen.

11        Said differently, mother will over

12   communicate with grandfather about these children and

13   what's going on with them.

14        3.  Mother will immediately provide user

15   name and password so that grandfather can get on the

16   school portal.  That may include her address

17   information and so forth, but that is not something

18   that she can keep private.

19        4.  Mother will put on Our Family Wizard

20   all information relative to the children's therapy or

21   therapist and sessions and will immediately sign

22   releases so that grandfather can talk to the therapist

23   any time he wishes to do so.

24        5.  The phone calls between grandfather,

25   also known as Pop-Pop, and these children will occur.

2

1
2
3    They will occur with both children even if mother
4    believes that one of the children does not want to talk
5    to the grandfather.  The children will talk to
6    grandfather during phone calls as per the prior Order.
7              Finally, the Court schedules a second
8    review hearing.  The second review hearing will be
9    December 13th, 2022, at 10:00 a.m. in courtroom 6005.
10   The purpose of this review hearing will be:
11              1.  The Court may give father and/or
12   grandfather joint legal custody if it deems that in the
13   best interest of these children.
14              Secondarily, the Court may or may not
15   increase grandfather's physical custodial rights.
16              And finally, if father and/or
17   grandfather files a petition for contempt, the hearing
18   on December 13th may also be a contempt hearing.
19              The Court wants to make it very clear
20   that mother's attitude towards grandfather and his
21   getting information and records of these children has
22   been deplorable.  Mother needs to over communicate with
23   grandfather by Our Family Wizard and other means.
24   Grandfather needs to, if he can make it, go to the
25   children's parent/teacher conferences and other

3

1
2
3    activities of these children.
4        Mother has been cavalier about following
5    the prior Orders of this Court, and the Court hereby
6    admonishes mother and makes it very clear to her that
7    this Court will not allow its Orders to be disobeyed
8    and warns mother most severely that if this
9    disobedience continues and a contempt petition is filed
10   and she is found in contempt, the sanctions could be
11   dire.  As stated earlier, mother needs to over
12   communicate with grandfather.
13       To make mother feel more secure about
14   this over communication, grandfather is Ordered to not
15   share with the father mother's personal information,
16   including but not limited to her address and phone
17   number.
18       Mother has continually challenged this
19   Court's jurisdiction and its interpretation of the law,
20   and, therefore, mother is told in open Court that she
21   does have 30 days to appeal this matter to the Superior
22   Court of Pennsylvania.
23       A copy to Attorney Harshberger for
24   father and grandfather and a copy to mother, Sara
25

4

1

2          Picket, at 278 Coventry at Waterford, York, PA 17402.

                         BY THE COURT:




                         _____
                         N. Christopher Menges, Judge


cmm
9-6-2022
Sara Pickett vs. Kristoffer Hexter and Bruce Hexter,
Number 2021-FC-001007-03