# AFFIDAVIT OF SERVICE

| Case:<br>1:24-CV-00537 | Court:<br>United States District Court for the Middle District of Pennsylvania | County: | Job:<br>11042749 (24-213) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Sara Pickett | | **Defendant / Respondent:**<br>North Christopher Menges, et al | |
| **Received by:**<br>The Browning Group LLC | | **For:**<br>Sara Pickett | |
| **To be served upon:**<br>Kristoffer Hexter, as an individual Incarcerated SCI Phoenix #QL4504 | | | |

I, Kenneth Browning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kristoffer Hexter, 1200 Mokychic Rd, Collegeville, PA 19426
**Manner of Service:** Personal/Individual, Jun 27, 2024, 10:30 am EDT
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial (Received May 9, 2024 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 27, 2024, 10:30 am EDT at 1200 Mokychic Rd, Collegeville, PA 19426 received by Kristoffer Hexter. Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 6'; Hair: Brown; Other: Cooperative ;

KB
_____   07/01/2024
Kenneth Browning         Date

The Browning Group LLC
P.O. Box 6173
Harrisburg, PA 17112
1-800-939-2978

FILED
HARRISBURG, PA
AUG 1 2 2024
PER _____
DEPUTY CLERK

Sara Pickett
PO Box 361
Pine Grove, PA 17963

HARRISBURG PA 171
7 AUG 2024 PM 6 L

RECEIVED
HARRISBURG, PA
AUG 1 2 2024
PER _____
DEPUTY CLERK

Sylvia H. Rambo
United States Courthouse
1501 N 6th St
Harrisburg, PA 17102

17102-110993