Case Number: 1:24-cv-00537-YK-DFB Document Number: 21 User: KJN Printed: 3/19/2025 4:54:06 PM

Sara Pickett
P.O. Box 361
Pine Grove, PA 17963

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET, SUITE 101
HARRISBURG, PA 17102

OFFICIAL BUSINESS

HARRISBURG PA 171
21 MAR 2025 PM 3 L
FILED
HARRISBURG, PA
MAR 31 2025
PER _____ DEPUTY CLERK

US POSTAGE — PITNEY BOWES
ZIP 17102 $ 000.69⁰
0008028836 MAR 20 2025

UTF

PICKETT
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER