UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT<br>    Plaintiff | : No. 1:224-CV-00537-DFB |
| v. | : |
| NORTH CHRISTOPHER MENGES,<br>ET AL.<br>    Defendants | : |

## **ORDER**

**AND NOW**, this _____ day of _____,2025, upon consideration of the Motion to Dismiss Plaintiff's *Pro Se* Complaint of defendant Kristoffer Hexter, *Pro Se*, it is hereby **ORDERED** that defendant's Motion is **GRANTED**, and all claims asserted against defendant Kristoffer Hexter in Plaintiff's *Pro Se* Complaint are dismissed.

BY THE COURT:

_____
                                           J.