# CONFIDENTIAL INFORMATION FORM

Case Records Public Access Policy of the Unified Judicial System of Pennsylvania
204 Pa. Code § 213.81
www.pacourts.us/public-records

| Kristoffer Hexter | 2018-20204 |
|---|---|
| (Party name as displayed in case caption) | Docket/Case No. |

Vs.

| Sara Ashley Pickett | Lebanon |
|---|---|
| (Party name as displayed in case caption) | Court |

This form is associated with the pleading titled **Petition to Intervene**, dated **August 2, 2021**.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | References in Filing: |
|---|---|---|
| (full name of adult) OR This information pertains to a minor with the initials of **R.H.** and the full name of _____ (full name of minor) and date of birth: _____ | Social Security Number (SSN): | Alternative Reference: SSN 1 |
| | Financial Account Number (FAN): | Alternative Reference: FAN 1 |
| | Driver License Number (DLN): | Alternative Reference: DLN 1 |
| | State of Issuance: | |
| | State Identification Number (SID): | Alternative Reference: SID 1 |
| (full name of adult) OR This information pertains to a minor with the initials of **A.P.** and the full name of _____ (full name of minor) and date of birth: _____ | Social Security Number (SSN): | Alternative Reference: SSN 2 |
| | Financial Account Number (FAN): | Alternative Reference: FAN 2 |
| | Driver License Number (DLN): | Alternative Reference: DLN 2 |
| | State of Issuance: | |
| | State Identification Number (SID): | Alternative Reference: SID 2 |

Rev. 7/2018           **THIS FORM IS CONFIDENTIAL**



EXHIBIT 2

**CONFIDENTIAL INFORMATION FORM**



Additional page(s) attached. _____ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_____
Signature of Attorney or Unrepresented Party

Date: 8/2/2021

Name: Joshua Harshberger

Address: 8150 Derry Street

Harrisburg, PA 17111

Attorney Number: (if applicable) 319814

Telephone: (717) 315-6997

Email: jh@harshbergerlaw.com

*NOTE:* Parties and attorney of record in a case will have access to this Confidential Information Form. Confidentiality of this information must be maintained.

Rev. 7/2018          **THIS FORM IS CONFIDENTIAL**

IN THE COURT OF COMMON PLEAS
LEBANON COUNTY, PENNSYLVANIA

CIVIL DIVISION

Kristoffer Hexter  
      Plaintiff

VS.

Sara Ashley Pickett   : NO. 2018-20204  
      Defendant

### PRAECIPE FOR HEARING

TO THE PROTHONOTARY:

Please transmit the accompanying __Petition to Intervene__  
           (List Motion or Petition)  
to the Court for a hearing pursuant to Leb.R.C.P. 205.5.

 Length of Anticipated Hearing: __1 Hour__

 Judge Previously assigned to this matter: __J. Kline__

The names and addresses of all opposing counsel/pro se litigants are as follows: __Rich Raiders, 1150 Chestnut Street, Lebanon, PA 17042__

By: _____  
Name: Joshua Harshberger, Esquire  
I.D. # __319814__  
Address: __8150 Derry Street, Harrisburg, PA 17111__  
Phone # __717-315-6997__  
Attorney for __Plaintiff__

| | |
|---|---|
| KRISTOFFER HEXTER,<br>    Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>    Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>: |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2021, upon review of the Petition to Intervene, IT IS HEREBY ORDERED AND DECREED that a hearing in this matter is scheduled on the _____ day _____, 2021 at _____ o'clock before the undersigned Judge, in Courtroom No. _____, Lebanon County Courthouse, 400 South Eighth Street, Lebanon, Pennsylvania. The parties proposed Intervenor and counsel are directed to appear at this time.

BY THE COURT:

_____, J.

Attest:

_____
Prothonotary

cc:


**Distribution:**

Joshua Harshberger, Esq., 8150 Derry Street, Suite A, Harrisburg, PA 17111
Rich Raiders, Esq., 1150 Chestnut Street, Lebanon, PA 17042

| | |
|---|---|
| KRISTOFFER HEXTER,<br>　　　　　Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>　　　　　Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>: |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2021, IT IS HEREBY ORDERED AND DECREED as follows:

　　1.　Petitioner, Bruce Hexter is hereby granted leave to intervene in the above-captioned matter.

　　2.　The Prothonotary is directed to amend the caption in this action to read as follows:

| | |
|---|---|
| KRISTOFFER HEXTER,<br>　　　　　Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>　　　　　Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>:<br>: |
| vs. | :<br>: |
| BRUCE HEXTER,<br>　　　　　Intervenor | :<br>: |

BY THE COURT:

_____
JUDGE

**Distribution:**

Joshua Harshberger, Esq., 8150 Derry Street, Suite A, Harrisburg, PA 17111
Rich Raiders, Esq., 1150 Chestnut Street, Lebanon, PA 17042

Joshua Harshberger, Esquire
Jacobson, Julius & Harshberger
Supreme Court ID: 319814
8150 Derry St, Ste A
Harrisburg, PA 17111
Ph: 717-909-5858 Fax: 717-909-7788
Email: jh@harshbergerlaw.com

| | |
|---|---|
| KRISTOFFER HEXTER,<br>Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA |
| vs. | : No.: 2018-20204 |
| SARA ASHLEY PICKETT,<br>Defendant | : CIVIL ACTION – LAW IN CUSTODY |

## PETITION TO INTERVENE

AND NOW, comes, Bruce Hexter, Proposed Intervenor, (hereinafter "Petitioner") by and through his counsel, Joshua Harshberger of Jacobson, Julius & Harshberger, and files the within Petition to Intervene, and in support thereof avers as follows:

1. Petitioner is Bruce Hexter, an adult individual residing at 1472 Bramblewood Court, Pottstown, PA 19464.

2. Plaintiff/Respondent is Kristoffer Hexter, who is the Father of the minor children and who resides at 212 E Hazel Street, Jonestown, PA 17038.

3. Defendant/Respondent is Sara Ashley Pickett, who is the Mother of the minor children and who resides at 167 Coventry at Waterford, York, PA 17402.

4. Plaintiff and Defendant are the parents of the minor children:

| Child's Name: | Child's Date of Birth: |
|---|---|
| R.H. | YOB 2015 |
| A.P. | YOB 2013 |

5. Petitioner is the paternal grandfather of the minor children.

6. The current custody Order in this case is attached hereto as Exhibit A.

7. Petitioner seeks to intervene in this custody matter for the following reasons:

a. Petitioner is the paternal grandfather of the children and has developed a strong bond with the children over the years.

b. Petitioner has enjoyed monthly visits with the children over the years.

c. Petitioner fears that once the Father is unable to exercise custody of the children the children will be prevented from continuing contact with Petitioner.

d. Petitioner desires to maintain the loving bond he has established with his grandchildren and unfortunately will need the assistance of a court order to continue the relationship.

8. Petitioner has legal standing in this matter pursuant to 23 Pa. C.S.A. §5325(2).

a. Petitioner's relationship with the child began with the consent of the children's biological Father. The parents of the children have commenced a proceeding for custody and it is believed that the Mother of the children does not agree with the Father of the children that the grandfather should have periods of custody.

9. Plaintiff in this action consents to Petitioner's intervention.

10. Petitioner believes that it is in the best interest of the minor children that Petitioner is permitted to intervene in this matter.

WHEREFORE, Petitioner respectfully requests that this Honorable Court grant his Petition to Intervene.

Respectfully submitted,

Date: 8/27 2021

Joshua Harshberger, Esquire
8150 Derry Street, Ste A
Harrisburg, PA 17111
Phone: 717-315-6997
Email: jh@harshbergerlaw.com
Attorney for Petitioner

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
PENNSYLVANIA

CIVIL ACTION - FAMILY

SARA A. PICKETT : No. 2018-20204
:
v. :
:
KRISTOFFER HEXTER : Custody Trial

## ORDER

AND NOW, to wit, January 23, 2019, the agreement the parties have reached is that the December 7, 2018, Order will be made a permanent Order. The parties will have shared legal custody of the two children. Father shall have primary physical custody of the children and Mother shall have periods of partial custody from Tuesday at 5 p.m. until Friday at 5 p.m., and then Father has Friday at 5 p.m. until the following Tuesday at 5 p.m. The parties are to notify each other with regards to doctor's appointments, dental appointments and all other appointments of the children.

With respect to holidays, Mother will have Easter of 2019. Thereafter, the parties will alternate holidays. Those holidays include: Easter, Memorial Day, Independence Day, Thanksgiving and New Year's Day. The holiday time will start at 6 p.m. the day before the holiday and go until 7 p.m. the day of the holiday. In even number years, Mother gets the alternating three and Father gets the other three, and then in


EXHIBIT A

odd years the holiday schedule will switch. For Christmas, the holiday will be divided up with one parent having the children on December 24th at 2:00 p.m. until December 25th at 2:00 p.m. and then the other parent gets the children on December 25th at 2:00 p.m. until December 26th at 2:00 p.m. This holiday schedule will alternate thereafter.

The parties are entitled to 2 nonconsecutive weeks of vacation. Although if a trip is planned that exceeds 7 days, that shall be viewed by the other party as reasonable unless there is some serious concern as to that matter. The parties shall give each either at least 30 days advanced notice.

The parties are directed not to speak poorly about the other parent when the children are in their presence. They should do whatever is possible to uplift the other parent and not say disparaging remarks about the other parent.

The parties will be sharing transportation. They together will be coming up between them a halfway point to meet. Assuming both parties reside in Lebanon County, transportation shall be shared equally.

In the event either party sends an e-mail notice concerning custody time or scheduling, the other party shall respond no later than 24 hours from that time or the e-mail shall be presumed to be accepted. In the event of an emergency,

2

the party shall immediately text the other party and explain the nature of the emergency and when the latest they will be able to come.

Both parties shall keep each other apprised of their most current phone number and e-mail address, and there shall no blocking. In the event either party feels an e-mail is inappropriate or unwarranted, they may petition the Court for Contempt proceeding.

Both parties agree that the children shall be evaluated for necessary therapy and follow-through.

Both parents agree to not exercise physical discipline with the children.

Mother agrees to take the children as primary custodian from March 23 to March 30 or as needed through the birth of Father's new baby.

BY THE COURT:

_____, J.
SAMUEL A. KLINE

cc: Donna Brightbill, Esquire
Sara Pickett//995 Powell's Valley Road, Halifax, PA 17032

mlb

3

## VERIFICATION

I, Bruce Hexter, being duly authorized to make this verification, do hereby verify that the facts stated in the foregoing document are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

Date: 7-30-2021

By: _____
    Bruce Hexter

## CERTIFICATE OF COMPLIANCE

    I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Jacobson, Julius & Harshberger

Signature: _____

Name: Joshua Harshberger

Attorney No.: 319814

Joshua Harshberger, Esquire
Jacobson, Julius & Harshberger
Supreme Court ID: 319814
8150 Derry St, Ste A
Harrisburg, PA 17111
Ph: 717-909-5858  Fax: 717-909-7788
Email: jh@harshbergerlaw.com

---

| | |
|---|---|
| KRISTOFFER HEXTER,<br>            Plaintiff | : IN THE COURT OF COMMON PLEAS<br>: LEBANON COUNTY, PENNSYLVANIA<br>: |
| vs. | : No.: 2018-20204<br>: |
| SARA ASHLEY PICKETT,<br>            Defendant | : CIVIL ACTION – LAW IN CUSTODY<br>: |

## CERTIFICATE OF SERVICE

I, Joshua Harshberger, do hereby certify that a copy of the **Petition to Intervene** was this day served upon the opposing party in the manner indicated below:

### FIRST CLASS MAIL & EMAIL

Rich Raiders, Esquire
1150 Chestnut Street
Lebanon, PA 17042
*Attorney for Defendant*
rich@raiderslaw.com

DATED: 8/2/2021

Joshua Harshberger