ORIGINAL

Tue, Sep 21, 2021 2:06 PM

2021-FC-001007-03

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
PENNSYLVANIA

CIVIL ACTION – FAMILY DIVISION

| KRISTOFFER HEXTER | : | NO. 2018-20204 |
| --- | --- | --- |
| V | : | |
| SARA ASHLEY PICKETT | : | PETITIONS FOR CONTEMPT, PETITION TO INTERVENE, MOTION TO TRANSFER VENUE PRELIMINARY OBJECTIONS |

## ORDER

AND NOW, To wit, this 10th day of September, 2021, after hearing and the Father's acknowledgement that he will now use a Pottstown, Montgomery County, legal address for all legal purposes in the future and likely to reside with his father who is a resident of Montgomery County, and it appearing to the Court that Mother has been a resident of York County for over one year and is the primary custodian of the minor child, and it appearing to the Court that there are pending issues concerning Custody, cross Contempt Petitions, Petitions for Standing by Grandfather, the appropriate Court to hear all of these matters and the Court that will have jurisdiction is the Court where the child primarily resides since neither Father nor Mother have given a legal residence of Lebanon County.

ACCORDINGLY, jurisdiction of this matter, including Petitions for Standings by Grandfather, cross Petitions for Contempt, Petitions for Modification of Custody filed by Mother or Father are transferred to the Court in York County. Jurisdiction and all matters concerning this case are relinquished to the Court of Common Pleas of York County and the Prothonotary of Lebanon County is directed to transfer the record, including this



EXHIBIT 5



Order, to the Court of Competent Jurisdiction in York County. The Court differs to York County Court concerning scheduling any of the pending proceedings.

BY THE COURT:

_____ J.
SAMUEL A. KLINE

SAK/tsh

Copy: Joshua Harshberger, Esquire
Richard Raiders, Esquire
York County Prothonotary
Lebanon County Prothonotary

IN THE COURT OF COMMON PLEAS OF
LEBANON COUNTY, PENNSYLVANIA

SARA A PICKETT                              Case No.: 2018-20204

    vs.
KRISTOFFER R HEXTER

### CERTIFICATE OF SERVICE

MICHELE A. KISSINGER                         , an Employee in the Office of the Prothonotary of Lebanon County, Pennsylvania, hereby certifies that the foregoing ORDER TRANSFERRING CASE TO YORK COUNTY

was served as follows:

    JOSHUA HARSHBERGER, ESQ.                    by Mailing
    DELIVERED TO PROTHY IN-OFFICE MAILBOX       on  9/14/2021


    RICHARD RAIDERS, ESQ,                       by Mailing
    DELIVERED TO PROTHY IN-OFFICE MAILBOX       on  9/14/2021


    YORK COUNTY PROTHONOTARY                    by Mailing
    45 N GEORGE ST                              on  9/14/2021
    YORK, PA   17401


PURSUANT TO RULE 236  You are hereby notified that this order has been entered in this case.

Dated:  9/14/2021



2021 SEP 21 PM 2:42