IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

SARA PICKETT              :   No. 2021-FC-001007-03
                          :
VS                        :
                          :
KRISTOFFER HEXTER         :
                          :
&                         :
                          :
BRUCE HEXTER              :
                              (CUSTODY TRIAL)

York, Pa., Thursday, June 2, 2022

Before the Honorable N. CHRISTOPHER MENGES, Judge

APPEARANCES:

    JOSHUA A. SCOTT HARSHBERGER, Esquire
    For the Defendant and Intervenor

* * *

### ORDER

In this matter the Court has taken testimony part of two days over a two or three month period. It is the final Order in this matter as follows: The temporary Order of April 7, 2022 in this

1



EXHIBIT 6

```
14:49:28   1    matter is confirmed in full except with a couple of
14:49:33   2    small changes. Those small changes are as follows:
14:49:41   3    Pop Pop, Bruce Hexter's Saturday times will be the
14:49:49   4    second and fourth Saturdays of each month. An
14:49:57   5    additional change is that the three times per month for
14:50:00   6    Pop Pop to have phone or video or equivalent will be
14:50:06   7    Monday at 6:00 p.m. on the first Monday of each month,
14:50:10   8    the third Monday of each month, and the fifth Monday of
14:50:15   9    each month if there is a fifth Monday.
14:50:18  10                 Mother, father, and Pop Pop,
14:50:22  11    grandfather, will have their communications through
14:50:25  12    OurFamilyWizard. Grandfather, Bruce Hexter, will
14:50:30  13    within ten days of this Order sign up and pay for the
14:50:34  14    annual fee for OurFamilyWizard and provide the
14:50:38  15    information to father if he can do that through the
14:50:41  16    prison, if he can't, that's okay, and will provide the
14:50:44  17    log in information for mother who will promptly join
14:50:48  18    OurFamilyWizard. All communications relative to these
14:50:54  19    children will be through OurFamilyWizard.
14:50:59  20                 Additionally, mother will give to both
14:51:01  21    father and Pop Pop the portal communication, and if
14:51:05  22    necessary, the password so that they may go to the
14:51:09  23    school portal to receive information, records, and so
14:51:12  24    forth from the childrens school. Father may exercise
14:51:22  25    his time of talking with Riley only by calling Riley
```

2

```
14:51:35   1    when Riley is with Pop Pop.  Father will continue to
14:51:39   2    have no contact with Aubrey.  Mother will cause an
14:51:48   3    intake to have taken place for a therapist for Aubrey
14:51:53   4    and/or the family by August 1, 2022.
14:52:05   5                   Finally, we schedule a follow up hearing
14:52:11   6    with a date and time to be set forth in just a moment
14:52:14   7    as soon as we look at our calendars.  The purpose of
14:52:18   8    that follow up hearing will be to see how visits are
14:52:22   9    going, how telephone contact is going, and to confirm
14:52:25  10    that a initial intake with a therapist has taken place
14:52:30  11    as ordered in this Court Order today.  If either father
14:52:36  12    or grandfather believe mother has not obeyed the Court
14:52:41  13    Order, either of their counsel may file a petition for
14:52:47  14    contempt, and if the petition is so filed that contempt
14:52:51  15    will be heard at that follow up hearing.
14:52:55  16                   The Court wants to make it clear this is
14:52:59  17    a follow up hearing only to ensure things are going
14:53:01  18    well and that this Order is a final Order.
14:53:05  19    Nevertheless, the Court does want to make it very clear
14:53:10  20    to mother that if there is any more games playing by
14:53:17  21    mother on telephone contact or visits, the Court may at
14:53:23  22    the follow up hearing give either father and/or
14:53:28  23    grandfather expanded rights.
14:53:30  24                   The aforesaid follow up hearing will be
14:54:01  25    on September 6, 2022 at 10:00 a.m. in Courtroom 6005.
```

3

| | | |
|---|---|---|
| 14:54:08 | 1 | Grandfather, his counsel, and mother will be in person. |
| 14:54:14 | 2 | Father may be by Zoom. Any other witnesses may be by |
| 14:54:18 | 3 | Zoom. If things are going well, a written stipulation |
| 14:54:27 | 4 | from all parties would do in lieu of actual appearance, |
| 14:54:32 | 5 | but if that does not happen, the follow up hearing will |
| 14:54:36 | 6 | take place at the date and time aforesaid and everyone |
| 14:54:41 | 7 | will be present as just indicated. |
| 14:54:47 | 8 | Copy to Attorney Harshberger. Copy to |
| 14:54:50 | 9 | mother, Sara Pickett, at 278 Coventry at Waterford |
| 14:54:59 | 10 | York, PA 17402. |
| 14:55:03 | 11 | |

BY THE COURT:

_____
N. CHRISTOPHER MENGES, Judge

EMR
6-2-2022