IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

| | | |
|---|---|---|
| SARA PICKETT | : | No. 2021-FC-001007-03 |
| | : | |
| | : | |
| VS | : | |
| | : | |
| | : | |
| KIRSTOFFER HEXTER and | : | Status and Contempt |
| BRUCE HEXTER | : | Hearing |

York, PA, Tuesday, May 9, 2023
Before the Honorable N. Christopher Menges, Judge

APPEARANCES:

    NO COUNSEL PRESENT, Esquire
    For the Plaintiff

    BRANDY G. HOKE, Esquire
    For the Defendant

\*   \*   \*

## O R D E R

10:55:59  19       In this matter, the Court has before it

10:56:02  20  a petition for contempt. Additionally, there was to be

10:56:08  21  a follow-up hearing scheduled last year, and an appeal

10:56:17  22  to the Superior Court sort of derailed that, but the

10:56:21  23  Court did mention in a prior Order that the Court might

10:56:27  24  consider giving Grandfather more rights.

10:56:34  25       In any event, the Court Order is as

1



follows:

      1.  Mother, Sara Pickett, is found in contempt for not having the children have phone contact with Grandfather regularly as set forth in the Order.

      2. Mother is found in contempt for not providing medical, educational, and other records for the children to the Grandfather.

      3.  Mother is found in contempt for not paying Grandfather the reimbursement of $150 for half of the OurFamilyWizard.

      4.  Mother is found in contempt for not participating in OurFamilyWizard in a meaningful way.

      5.  The sanctions for these four grounds of contempt are as follows:

      A.  Pursuant to 23 Pa.C.S. 5325(g), the Court will not alter the parties' custodial arrangement at this time as was dictated in court.  Any change to the parties' legal and physical custody will be considered after the filing of a proper petition.

      B.  Since Grandfather has not had sufficient phone contact with the two children, he gets make-up time for that and that make-up time will consist of a Saturday from 9 A.M. until 7 P.M. as an

2

extra Saturday of partial custody, which will be on the

third Saturday of June, that being June 17, 2023.  To

be clear, Grandfather already is to have the second

Saturday, that being June 10th, and the 4th Saturday,

that being June 24th, per the prior operative Order,

but in addition to that, he will have the third

Saturday of June, that being June 17, 2023, again, from

9 A.M. to 7 P.M.

        C.  Because Mother has not provided

sufficient contact with Grandfather as per the

operative Order within 20 days of today, Mother will

buy at her own expense, a cell phone for the children

which shall be their cell phone, and they shall be in

possession of said cell phone.

        The cell phone, of course, is not to be

a smart phone that will enable the children to get on

the internet or any of those sorts of things, but will

be a cell phone sufficient that they may call

Grandfather whenever they wish and that Grandfather may

call them as set forth already in the operative Orders.

        Mother will continue to pay the monthly

fee for that cell phone, and mother will not take that

cell phone away from the children under any

3

circumstances.

D.  All other provisions set forth in prior Orders, including, but not limited to, the Order of April 7, 2022, and the Order of June 2, 2022, and the Order of September 6, 2022, remain in full force and effect and Mother is to obey those.

Specifically, Mother, at the very least, is supposed to also provide Grandfather with school portals, passwords, etc., so that he may get the children's school information. That is in addition to and not instead of all the provisions set forth.

E.  Mother will within 120 days of today reimburse Grandfather the sum of $750 in attorney's fees.

F.  In the event that Mother does not comply with any of these additional provisions and/or Mother does not comply with prior Orders in this matter, and upon a petition for contempt being presented in this Court, the Court warns Mother that if she might be found in contempt in the future, then incarceration would be very likely. And that incarceration could be immediate, meaning that if there is a future contempt hearing and Mother is found in

4

11:02:49  1
11:02:49  2
11:02:50  3   contempt at that hearing, Mother may be taken directly
11:02:53  4   to jail from the hearing, and Mother is warned of that.
11:02:57  5        The Court is saddened that Mother
11:03:04  6   doesn't seem to have a proper respect for Court Orders
11:03:12  7   and for the Court in general, and implores and Orders
11:03:16  8   Mother to comply with all Orders of Court in this
11:03:20  9   matter as set forth herein and in prior orders.
11:03:27 10        Copy to Attorney Harshberger.  Copy to
11:03:40 11   Father, Kristoffer Hexter, 1200 Mokychic Drive,
11:05:06 12   Collegeville, Pennsylvania 19426, Inmate #QL4504.  Copy
11:05:07 13   to Mother, Sara Pickett, 2159 White Street, Suite 3,
11:05:20 14   Box 142, York, PA 17404.

BY THE COURT:

N. CHRISTOPHER MENGES,
Judge

bjr - DELIVERY DATE

5