UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT<br>      Plaintiff | : No. 1:224-CV-00537-DFB<br>:<br>: |
| v. | :<br>: |
| NORTH CHRISTOPHER MENGES,<br>ET AL.<br>      Defendants | :<br>:<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of _____,2025, upon consideration of the Motion to Dismiss Plaintiff's *Pro Se* Complaint of defendant Bruce Hexter, *Pro Se*, it is hereby **ORDERED** that defendant's Motion is **GRANTED**, and all claims asserted against defendant Bruce Hexter in Plaintiff's *Pro Se* Complaint are dismissed.

BY THE COURT:

_____

J.