IN THE COURT OF COMMON PLEAS OF YORK COUNTY,

PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT | : No. 2021-FC-001007-03 |
| VS | : |
| KRISTOFFER HEXTER | : |
| & | : |
| BRUCE HEXTER | : |
| | (CUSTODY TRIAL) |

York, Pa., Thursday, June 2, 2022

Before the Honorable N. CHRISTOPHER MENGES, Judge

APPEARANCES:

    JOSHUA A. SCOTT HARSHBERGER, Esquire
    For the Defendant and Intervenor

\* \* \*

O R D E R

14:49:12  22      In this matter the Court has taken
14:49:13  23  testimony part of two days over a two or three month
14:49:19  24  period.  It is the final Order in this matter as
14:49:22  25  follows:  The temporary Order of April 7, 2022 in this

1



```
14:49:28  1   matter is confirmed in full except with a couple of
14:49:33  2   small changes. Those small changes are as follows:
14:49:41  3   Pop Pop, Bruce Hexter's Saturday times will be the
14:49:49  4   second and fourth Saturdays of each month. An
14:49:57  5   additional change is that the three times per month for
14:50:00  6   Pop Pop to have phone or video or equivalent will be
14:50:06  7   Monday at 6:00 p.m. on the first Monday of each month,
14:50:10  8   the third Monday of each month, and the fifth Monday of
14:50:15  9   each month if there is a fifth Monday.
14:50:18 10                Mother, father, and Pop Pop,
14:50:22 11   grandfather, will have their communications through
14:50:25 12   OurFamilyWizard. Grandfather, Bruce Hexter, will
14:50:30 13   within ten days of this Order sign up and pay for the
14:50:34 14   annual fee for OurFamilyWizard and provide the
14:50:38 15   information to father if he can do that through the
14:50:41 16   prison, if he can't, that's okay, and will provide the
14:50:44 17   log in information for mother who will promptly join
14:50:48 18   OurFamilyWizard. All communications relative to these
14:50:54 19   children will be through OurFamilyWizard.
14:50:59 20                Additionally, mother will give to both
14:51:01 21   father and Pop Pop the portal communication, and if
14:51:05 22   necessary, the password so that they may go to the
14:51:09 23   school portal to receive information, records, and so
14:51:12 24   forth from the childrens school. Father may exercise
14:51:22 25   his time of talking with Riley only by calling Riley
```

```
14:51:35   1    when Riley is with Pop Pop.  Father will continue to
14:51:39   2    have no contact with Aubrey.  Mother will cause an
14:51:48   3    intake to have taken place for a therapist for Aubrey
14:51:53   4    and/or the family by August 1, 2022.
14:52:05   5             Finally, we schedule a follow up hearing
14:52:11   6    with a date and time to be set forth in just a moment
14:52:14   7    as soon as we look at our calendars.  The purpose of
14:52:18   8    that follow up hearing will be to see how visits are
14:52:22   9    going, how telephone contact is going, and to confirm
14:52:25  10    that a initial intake with a therapist has taken place
14:52:30  11    as ordered in this Court Order today.  If either father
14:52:36  12    or grandfather believe mother has not obeyed the Court
14:52:41  13    Order, either of their counsel may file a petition for
14:52:47  14    contempt, and if the petition is so filed that contempt
14:52:51  15    will be heard at that follow up hearing.
14:52:55  16             The Court wants to make it clear this is
14:52:59  17    a follow up hearing only to ensure things are going
14:53:01  18    well and that this Order is a final Order.
14:53:05  19    Nevertheless, the Court does want to make it very clear
14:53:10  20    to mother that if there is any more games playing by
14:53:17  21    mother on telephone contact or visits, the Court may at
14:53:23  22    the follow up hearing give either father and/or
14:53:28  23    grandfather expanded rights.
14:53:30  24             The aforesaid follow up hearing will be
14:54:01  25    on September 6, 2022 at 10:00 a.m. in Courtroom 6005.
```

3

```
14:54:08   1   Grandfather, his counsel, and mother will be in person.
14:54:14   2   Father may be by Zoom.  Any other witnesses may be by
14:54:18   3   Zoom.  If things are going well, a written stipulation
14:54:27   4   from all parties would do in lieu of actual appearance,
14:54:32   5   but if that does not happen, the follow up hearing will
14:54:36   6   take place at the date and time aforesaid and everyone
14:54:41   7   will be present as just indicated.
14:54:47   8              Copy to Attorney Harshberger.  Copy to
14:54:50   9   mother, Sara Pickett, at 278 Coventry at Waterford
14:54:59  10   York, PA 17402.
14:55:03  11
```

BY THE COURT:

_____
N. CHRISTOPHER MENGES, Judge

EMR
6-2-2022