IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT, | : Civil No. 1:24-CV-537 |
| Plaintiff, | : (JUDGE KANE) |
| v. | : (Chief Magistrate Judge Bloom) |
| BRUCE HEXTER, et. al., | |
| Defendants | |

FILED
HARRISBURG, PA
APR 03 2025
PER
DEPUTY CLERK

## MOTION FOR EXTENSION

NOW COMES, Defendant(s), Lord Kristoffer Hexter, and on behalf of Bruce Hexter, who files this Motion for Extension and in support thereof respectfully represents that:

1. Defendant Lord Kristoffer Hexter respectfully requests a thirty (30) day extension due to time constraints given by **Order** dated 19 March 2025.

2. Order dated 19 March 2025 was not received by Defendant Lord Kristoffer Hexter until Friday, 28 March 2025, at approximately 1930 hours (7:30PM EST).

3. Defendant Lord Kristoffer Hexter did not properly receive notice of **Order** (dated 19 March 2025) entered in above captioned case. Mail was sent through Pennsylvania Department of Corrections Mail Smart Communications Processing Center in St. Petersburg, Florida, causing legal mail to be opened by a third party, causing it to be rendered compromised and unsecured. All legal mail is to be sent to address on file with original filing of case at:

    1200 Mokychic Dr., Collegeville, Pa 19426.

4. Defendant Bruce Hexter did not receive Order (dated 19 March 2025).

5. Defendant(s) Lord Kristoffer Hexter and Bruce Hexter are represented by retained counsel, Attorney Joshua Harshberger, who stated a response to show cause would be filed on clients' behalf.

6. Neither defendant has had sufficient time to respond to Order dated 19 March 2025.

7. No further action has been taken by the plaintiff in this matter, as it has been over one calendar year since an action has been taken.

WHEREFORE, Defendant respectfully requests that This Honorable Court grant this Motion for Extension.

Respectfully submitted:

_____          30 Mar 25
Lord Kristoffer Hexter                Date

2

VERIFICATION OF SERVICE

I, Lord Kristoffer Hexter, personally served a copy of the Motion for Extension upon the the Middle District Court of Pennsylvania, via first class mail on March 30, 2025.

Office of the Clerk
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, Pa 17102

_____
Lord Kristoffer Hexter, Petitioner

Date: 30 Mar 25

---

VERIFICATION

I verify that the statements made in this Motion for Extension are true, correct and complete. I understand that false statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

_____
Lord Kristoffer Hexter, Petitioner

Date: 30 Mar 25

Name: Lord Kris Hexter
Number: QL4504
~~Box 244~~ 1200 Mokychic Dr
Collegeville, PA 19426-0244

CERTIFIED MAIL

9589 0710 5270 0228 3165 46

Office of the Clerk
U.S. District Court
Middle District of PA
Sylvia H. Rambo US Courthouse
1501 North 6th Street, Suite 1101
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
APR 03 2025
DEPUTY CLERK

17102-110999

FIRST-CLASS MAIL
IMI
$005.54
03/31/2025 ZIP 19426
043M31248366
US POSTAGE quadient