OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET, SUITE 101
HARRISBURG, PA 17102

OFFICIAL BUSINESS

HARRISBURG PA 17

21 MAR 2025 PM 4

33733-802828

Ref: 5820277 pg 3 of 4 for KRISTOFFER HEXTER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT, | : Civil No. 1:24-CV-537 |
| Plaintiff, | : |
| v. | : (Judge Kane) |
| BRUCE HEXTER, et al., | : (Chief Magistrate Judge Bloom) |
| Defendants. | : |

## ORDER

The *pro se* plaintiff initiated this action against the defendants on March 29, 2024, and was issued a summons for service. (Docs. 1, 2). The plaintiff then filed an affidavit of service indicating that the remaining defendants, Bruce and Kristoffer Hexter, were served on April 13, 2024, and July 27, 2024. (Docs. 6, 17). However, no appearance has been entered on the defendants' behalf, and no further action has been taken by the plaintiff in this matter regarding these defendants.

Accordingly, the remaining defendants, Bruce Hexter and Kristoffer Hexter, are hereby ORDERED to show cause **on or before April 2, 2025,** as to why a default should not be entered against them in this matter pursuant to Federal Rule of Civil Procedure 55(a).

So ordered this 19th day of March 2025.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge