IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PICKETT, | : Civil No. 1:24-CV-537 |
| | : |
| Plaintiff, | : |
| | : (Judge Kane) |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| BRUCE HEXTER, et al., | : |
| | : |
| Defendants. | : |

## ORDER

The background of this order is as follows:

The *pro se* plaintiff initiated this action against the defendants on March 29, 2024, and was issued a summons for service. (Docs. 1, 2). On March 19, 2025, we entered an order directing the remaining defendants, Bruce and Kristoffer Hexter, to show cause on or before April 2, 2025, as to why a default should not be entered against them for their failure to enter an appearance or otherwise respond to the plaintiff's complaint. (Doc. 21). The defendants filed motions to dismiss on April 2, 2025. (Docs. 23, 25). Kristoffer Hexter also filed a motion for an extension of time, indicating that the defendants may have retained counsel who will enter an appearance on their behalf. (Doc. 27). Accordingly, we will GRANT the defendant's motion for a 30-day extension of time, until **May**

**8, 2025,** in which counsel shall notice his or her appearance on behalf of the defendants and respond to the plaintiff's complaint.

We further note that the *pro se* plaintiff has failed to keep the court apprised of her current address. (*See* Doc. 22). Local Rule 83.18 provides that unrepresented parties "shall maintain on file with the clerk a current address at which all notices and copies of pleadings, motions or papers in the action may be served upon such party." L.R. 83.18. Accordingly, IT IS ORDERED THAT the plaintiff shall provide the court with a current address in accordance with Local Rule 83.18 **on or before April 29, 2025.**

So ordered this 8th day of April, 2025.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
